AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Ronald J Allison,

          Plaintiff,

     v.

Clark County, Courts, and Jails, et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-01400-GMN-NJK

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered this case is dismissed with prejudice.

8/13/2021
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk